# EXHIBIT A

AFFIDAVIT OF SANDRA CHADWELL

Comes now the affiant, Sandra Chadwell, who, having first been duly sworn, states that the following statements are true:

1. All of the statements contained in this Affidavit are true and correct and made on the basis of my personal knowledge. I am an adult citizen of the State of Tennessee, over the age of 18 years, and am competent to make the statements contained in this Affidavit. I am a legal assistant with Leader Law PLC.

2. On January 15, 2021, I mailed by certified mail, return receipt requested a Notice letter and enclosures to: VA Tennessee Valley Healthcare System – Nashville VA Medical Center at the provider's current business address, Attn: Kevin Robinson (00-QSV), Office of Quality, Safety and Value, 1310 24th Avenue South, Nashville, TN 37212; United States Department of Veterans Affairs, Office of Regional Counsel, 3322 West End Avenue, Suite 509, Nashville, TN 37203; United States of America, United States Attorney for the Middle District of Tennessee, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203; and United States Department of Veterans Affairs, Office of General Counsel, 810 Vermont Avenue, NW, Washington, D.C. 20420, and I obtained certificates of mailing from the United States Postal Service stamped with the date of mailing as required by Tennessee Code Annotated § 29-26-121(a).

3. I attach as Exhibit 1 a copy of the Notice letter sent to the VA Tennessee Valley Healthcare System – Nashville VA Medical Center; United States Department of Veterans Affairs, Office of Regional Counsel; United States of America, United States Attorney for the Middle District of Tennessee; and United States Department of Veterans Affairs, Office of General Counsel along with copies of the enclosures to the

letter which include a list of the name and address of all providers who were served Notice pursuant to Tennessee Code Annotated § 29-26-121(a) and a HIPAA compliant medical authorization permitting VA Tennessee Valley Healthcare System – Nashville VA Medical Center to obtain complete medical records from each other provider being sent a notice.

4. I attach as Exhibit 2 copies of the Certificates of Mailing from the United States Postal Service, stamped with the date of mailing of the Notice and enclosures to the VA Tennessee Valley Healthcare System – Nashville VA Medical Center; United States Department of Veterans Affairs, Office of Regional Counsel; United States of America, United States Attorney for the Middle District of Tennessee; and United States Department of Veterans Affairs, Office of General Counsel.

FURTHER AFFIANT SAITH NOT.

Sandra Chadwell
SANDRA CHADWELL

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

Sworn to and subscribed before me this 20 day of January 2021.

Melissa Howard
Notary Public
My Commission Expires: 3-7-23

MELISSA HOWARD STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY

# EXHIBIT 1

# Leader Law PLC

*Attorneys at Law*

WILLIAM D. LEADER, JR.
Direct Dial: 615-780-4111
Direct Fax: 615-780-4121
bleader@leader.law

January 15, 2021

Certified Mail Return Receipt Requested and FedEx

VA Tennessee Valley Healthcare System – Nashville VA Medical Center
Attn: Kevin Robinson (00-QSV)
Office of Quality, Safety and Value
1310 24th Avenue South
Nashville, TN 37212

United States Department of Veterans Affairs
Office of Regional Counsel
3322 West End Avenue, Suite 509
Nashville, TN 37203

United States of America
United States Attorney for the Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

United States Department of Veterans Affairs
Office of General Counsel
810 Vermont Avenue, NW
Washington, D.C. 20420

Re: Thomas Mark Keller, deceased
Submission of Standard Form 95 and
Notice of health care liability claim required by Tenn. Code Ann. § 29-26-121

To VA Tennessee Valley Healthcare System/United States of America:

Attached is a Standard Form 95, Claim for Damage, Injury or Death along with Letters Testamentary evidencing Patrice Keller's status as executor of the estate of her husband, Thomas Mark Keller. Also enclosed is a signed engagement letter reflecting my representation of and authority to act on behalf of Patrice Keller with regard to her claims against the United States of America on account of the wrongful death of her husband, Thomas Mark Keller.

{00144900.DOCX / ver: }

We are the attorneys representing Patrice Keller, wife of Thomas Mark Keller, deceased, and are the authorized agents of Patrice Keller.

Through me and my firm, Patrice Keller is asserting claims for health care liability against the United States of America on account of the wrongful death of Thomas Mark Keller.

These claims arise out of care and services provided to Thomas Mark Keller by agents, employees, representatives, nurses, physicians, and others employed by and acting on behalf of the Department of Veterans Affairs at the VA Tennessee Valley Healthcare System - Nashville VA Medical Center in January 2020. Whenever these persons did anything for and/or on behalf of Thomas Mark Keller, such persons acted within the course and scope of their employment and/or agency for and on behalf of the Department of Veterans Affairs.

The full name and date of birth of the patient whose treatment is at issue:

Thomas Mark Keller
Date of birth: *REDACTED* 1945

The name and address of the claimant authorizing this notice and her relationship to the patient:

Patrice Keller, wife and next of kin of Thomas Mark Keller, deceased
5012 Longstreet Drive
Brentwood, TN 37027

The name and address of the attorney sending this notice:

William D. Leader, Jr.
Leader Law PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219

Attached hereto is a list of all providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a)(2)(D).

Pursuant to Tenn. Code Ann. § 29-26-121(a)(2)(E), I also enclose a HIPAA compliant medical authorization permitting you to obtain complete medical records on Thomas Mark Keller from each other provider being sent a notice. I also enclose a copy of Thomas Keller's original death certificate.

Neither this notice nor the medical authorization waives the common law patient privilege concerning the care and treatment of Thomas Keller.

**Also enclosed is a medical records release authorization signed by Patrice Keller authorizing you to release Thomas Keller's medical records to this law firm. Pursuant to Tenn. Code Ann. § 29-26-121(d) please provide us a complete copy of Thomas Keller's entire medical chart/records for the period January 1, 2015 through present.**

Please forward this correspondence and all enclosures to the appropriate entity or agency and/or legal counsel.

If you need any additional information, do not hesitate to contact me.

Very truly yours,

William D. Leader, Jr.

WDL/sjc
Enclosures
cc: Jennifer Hansen, JD, MBA
Deputy Chief Counsel
U.S. Department of Veterans Affairs
Office of General Counsel – Torts Law Group
(by E-Mail only w/encs.)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| VA Tennessee Valley Healthcare System<br>Attn: Kevin Robinson (00-QSV), Office of Quality, Safety & Value<br>1310 24th Avenue South<br>Nashville, TN 37212 | Patrice Keller<br>5012 Longstreet Dr.<br>Brentwood, TN 37027<br><br>William D. Leader, Jr., Attorney<br>Leader Law PLC<br>414 Union St., Suite 1740<br>Nashville, TN 37219 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | *REDACTED* 1945 | Married | 01/21/2020 - 01/22/2020 | 01/21 PM, 01/22 AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Physicians and emergency department staff at VA Tennessee Valley Healthcare System - Nashville VA Medical Center, Nashville, TN failed to appropriately evaluate, test, diagnose, and treat Thomas Keller on January 21, 2020. Personnel in the emergency department noted shoulder, neck and rib pain moving up to his teeth. Mr. Keller's symptoms required further workup, and evaluation to rule out or diagnose serious life-threatening conditions including an impending heart attack. (see attached)

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Thomas Keller died of a cardiac arrest on January 22, 2020 at the VA Tennessee Valley Healthcare System - Nashville VA Medical Center.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Patrice Keller | 5012 Longstreet Dr., Brentwood, TN 37027 |
| Luis H. Navarro, RN | c/o Nashville VA Medical Center, 1310 24th Ave S, Nashville, TN 37212 |
| Claire Underwood Hailey, M.D. | c/o Nashville VA Medical Center, 1310 24th Ave S, Nashville, TN 37212 |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | | 2,000,000 | 2,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| William D. Leader, Jr. Attorney for Patrice Keller Claimant. | 615-780-4111 | January 15, 2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95 REV. (2/2007) BACK**

# IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

IN THE MATTER OF THE ESTATE OF
THOMAS MARK KELLER, DECEASED
Resident of Williamson County, Tennessee

NO. P10995

| | |
|---|---|
| Address: | 5012 Longstreet Drive, Williamson County, Brentwood, TN 37027 |
| Date of Death: | January 22, 2020 |
| Executor: | Patrice Keller |

## LETTERS TESTAMENTARY

It appearing to the Chancery Court that Thomas Mark Keller, a deceased person, made a Last Will and Testament appointing Patrice Keller as Executor, which Will has been exhibited in this Court and proved and admitted to probate according the laws of the State of Tennessee; it further appearing that the Executor has taken the required oath and qualified according to law;

THESE LETTERS ARE THEREFORE ISSUED to Patrice Keller, being now empowered to enter upon the execution of said Will and to administer this estate as required by law.

In witness whereof, I have issued these Letters Testamentary, this the 31 day of July, 2020

ELAINE B. BEELER, CLERK AND MASTER

### CERTIFICATE

I, Clerk and Master of this Court, certify that: (i) this is a Court of Record; (ii) the above is a true, full, and correct copy of the Letters Testamentary issued by this Court in this estate; (iii) these Letters are still in full force and effect as of this date; and (iv) these Letters have been recorded in the office of the Clerk and Master for Williamson County, Tennessee.

Witness my hand and seal, this the 3 day of August, 2020.

ELAINE B. BEELER, CLERK AND MASTER

By Molly Hearn

THE CHANCERY COURT WILLIAMSON CO. TN SEAL

# Leader Law PLC

*Attorneys at Law*

WILLIAM D. LEADER, JR.
Direct Dial: 615-780-4111
Direct Fax: 615-780-4121
bleader@leader.law

January 14, 2021

Patrice Keller
5012 Longstreet Drive
Brentwood, TN 37027

Re: Claims on account of the wrongful death of Thomas Keller

Dear Patrice:

We are honored to represent you in your claims for the wrongful death of your husband, Thomas. I am writing this letter to set forth the terms of our engagement.

The United States Government requires me to document in writing that I represent you and that I am authorized to act on your behalf. In addition, I am required by the Rules of Professional Conduct for lawyers in Tennessee to set forth in writing the terms of our engagement and proposed fee arrangement. That is the purpose of this letter. For this agreement to be effective, you will need to sign the letter to signify your acknowledgement and consent.

We have agreed to represent you in your claim against the United States of America in connection with your husband's treatment at the Tennessee Valley Healthcare System Nashville VA Medical Center on January 21-22, 2020.

You have authorized us to submit a claim on your behalf to the Department of Veterans Affairs for the wrongful death of your husband. As we discussed, we plan on sending a Notice of Claim letter on your behalf, the Standard Form 95, and other documents this week.

We handle these cases on a contingency fee basis. We do not receive a fee, unless and until we make a monetary recovery. In the event we make a recovery, our fee is a percentage of the overall recovery. In medical negligence cases of this type against the United States, the fees are set by statute and are 20% of the gross recovery if the case is settled without the filing of a lawsuit, and 25% of the gross recovery if a lawsuit is filed. The Veterans Administration has six months from the time of receipt of the Form 95 to accept or deny your settlement offer. If the offer is denied, you then have the right to file suit.

We will be responsible for and advance all costs and expenses associated with pursuing the claim. Those costs and expenses include filing fees, charges for medical records, payments we make to expert witnesses and treating doctors, payments for court reporters and videographers in connection with depositions, and travel expenses for meeting with out-of-town experts and attending their depositions. This is not an exhaustive list of all the expenses we may incur. The expenses will be deducted from any recovery after we deduct the attorneys' fees. Again, if we do not make a recovery, you will not be required to reimburse us for expenses.

If you have any questions concerning this letter or the proposed fee arrangement, please let me know. I will be happy to discuss and answer any questions you may have. If you do not have any questions and agree with the terms, please sign one of the originals of this letter and return it to me.

It is an honor to represent you. We will do everything we can to resolve your claims in a satisfactory and expeditious manner.

Very truly yours,

Bill Leader

William D. Leader, Jr.

WDL/sjc

Accepted and Agreed:

Patrice Keller

Patrice Keller, as surviving spouse of
Thomas Keller and Executrix of the
Estate of Thomas Keller, deceased

1/14/2021

Date

{00144911.DOCX / ver:2 }

List of all providers to whom notice is being given pursuant to
Tennessee Code Annotated Section 29-26-121(a)(2)(D)

Re: Patrice Keller, as wife and next of kin of Thomas Mark Keller, deceased

Below is a list of the names and addresses of all providers to whom notice is being given pursuant to Tennessee Code Annotated § 29-26-121(a)(2)(D) of a potential claim for health care liability:

VA Tennessee Valley Healthcare System – Nashville VA Medical Center
Attn: Kevin Robinson (00-QSV)
Office of Quality, Safety and Value
1310 24th Avenue South
Nashville, TN 37212

United States Department of Veterans Affairs
Office of Regional Counsel
3322 West End Avenue, Suite 509
Nashville, TN 37203

*On behalf of VA Tennessee Valley Healthcare System – Nashville VA Medical Center*

United States of America
United States Attorney for the Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

*On behalf of VA Tennessee Valley Healthcare System – Nashville VA Medical Center*

United States Department of Veterans Affairs
Office of General Counsel
810 Vermont Avenue, NW
Washington, D.C. 20420

*On behalf of VA Tennessee Valley Healthcare System – Nashville VA Medical Center*

# AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

**Information To Be Used Or Disclosed**

*Patient Name*: Thomas Mark Keller Patient Identifier: DOB: *REDACTED* 1945

*Description of Information*: Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, physician notes, orders, nurses notes, consults, labor and delivery records, fetal monitoring strips, newborn screening records, operative/procedure reports, anesthesia records, emergency records, office/clinic notes, electrocardiograms, echocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, autopsy reports, photographs, insurance records, bills or statements of account, incident reports, birth certificates, death certificates, psychiatric and psychological reports and records, drug and alcohol abuse/treatment records, HIV and AIDS related records and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to, the Patient.

**Persons Or Organizations Authorized To Disclose The Information**

*Health Care Provider*: VA Tennessee Valley Healthcare System - Nashville VA Medical Center

I authorize the Health Care Provider and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I sign this Authorization.

**Persons or Organizations Authorized to Receive the Information**

VA Tennessee Valley Healthcare System - Nashville VA Medical Center or to any representative, attorney, or investigator from said organization, Attn: Kevin Robinson (00-QSV), Office of Quality, Safety and Value, 1310 24th Avenue South, Nashville, TN 37212; U.S. Department of Veterans Affairs, Office of Regional Counsel, 3322 West End Avenue, Suite 509, Nashville, TN 37203; United States of America, United States Attorney for the Middle District of Tennessee, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203; U.S. Department of Veterans Affairs, Office of General Counsel, 810 Vermont Avenue, NW, Washington, D.C. 20420

**Purpose of the Requested Use or Disclosure**

Legal; Compliance with Tenn. Code Ann. § 29-26-121

**Expiration and Revocation of This Authorization**

Expiration Date or Event: 01-31-2023

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

| | | | |
|---|---|---|---|
| | | Patrice Keller | 1/14/2021 |
| Signature (Patient) | Date | Signature (Authorized Representative) | Date |
| | | Wife | |
| Signature (Witness) | | Relationship to Patient | |

{00144899.DOC / ver: }

STATE OF TENNESSEE
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH

# CERTIFICATE OF DEATH

STATE FILE NUMBER 2020 006033

1. Decedent's Legal Name: THOMAS MARK KELLER
2. Sex: MALE
3. Date of Death: 01/22/2020
4. Time of Death (Approx): 04:20 AM
5a. Age: 74
6. Date of Birth: REDACTED 1945
7. Birthplace: DIXON, IL
8a. Place of Death: INPATIENT
8b. Facility Name: NASHVILLE VA MEDICAL CENTER
8c. City or Town: NASHVILLE
8d. County of Death: DAVIDSON
10. Marital Status: MARRIED
10. Surviving Spouse (name prior to first marriage): JOAN PATRICE BAILEY
11a. Decedent's Usual Occupation: PROFESSOR
11b. Kind of Business/Industry: SELF
12. Social Security Number: REDACTED
13a. Residence-State or Foreign Country: TENNESSEE
13b. County: WILLIAMSON
13c. City or Town: BRENTWOOD
13d. Street and Number: 5012 LONGSTREET DRIVE
13e. Inside City Limits?: YES
13f. Zip Code: 37027
14. Was Decedent ever in US Armed Forces?: YES
15. Decedent's Education: DOCTORATE OR PROFESSIONAL DEGREE
16. Decedent of Hispanic Origin?: NO, NOT SPANISH/HISPANIC/LATINO
17. Decedent's Race: WHITE
18. Father's Name: MARK C. KELLER
19. Mother's Name Prior to First Marriage: REBECCA ZARGER
20a. Informant's Name: PATRICE KELLER
20b. Relationship to Decedent: WIFE
20c. Mailing Address: 5012 LONGSTREET DRIVE, BRENTWOOD, TN 37027
21a. Method of Disposition: BURIAL
21b. Place of Disposition: MIDDLE TENNESSEE VETERANS
21c. Location: NASHVILLE, TN
22a. Signature of Funeral Director: /s/ C. DAVID STEPHENS
22b. License Number: 3880
22c. Signature of Embalmer: /s/ ROGER BATES
22d. License Number: 4218
23a. Name and Address of Funeral Home: WILLIAMSON MEMORIAL FUNERAL HOME AND CREMATION SERVICES, 3009 COLUMBIA AVE, FRANKLIN, TN 37064
23b. License Number: 815
24. Registrar's Signature: /s/ EDWARD G BISHOP III
25. Date Filed: 02/04/2020
26. Certifier:
26a. ☒ PHYSICIAN -- TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☐ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE AND DUE TO THE CAUSE(S) AND MANNER STATED.
27a. Certifier: /s/ EDWARD LEICHNER
27b. License Number: 1128
27c. Date Signed: 02/04/2020
27d. Name and Address: EDWARD LEICHNER 1310 24TH AVE.OUTH, NASHVILLE, TN 37212

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. | CARDIAC ARREST | |
| b. | ISCHEMIC HEART DISEASE | |
| c. | HYPERTENSION | |
| d. | | |

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

29a. Was an Autopsy Performed?: NO
29b. Were Autopsy Findings Available to Complete the Cause of Death?:
30. Manner of Death: NATURAL
31. Did Tobacco Use Contribute to Death?: UNKNOWN
32. If Female: N/A
33. If Transportation Injury, Specify:
34a. Date of Injury:
34b. Time of Injury:
34c. Injury at Work?:
34d. Place of Injury:
34e. Describe How Injury Occurred:
34f. Location of Injury:

PH-1660 (Rev 7/2017) RDA 10112

11846253

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III, State Registrar — Lisa Piercey, MD, MBA, FAAP, Commissioner

1 1 8 4 6 2 5 3

Date Issued: Feb-06-2020

CERTIFICATION OF VITAL RECORD

# AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION OR RECORDS

By signing below, I hereby request and authorize the Health Care Provider identified below to disclose certain information (the "Information") as provided in this Authorization.

**Information To Be Used Or Disclosed**

*Patient Name:* Thomas Keller Patient Identifier: DOB: *REDACTED* 1945

*Description of Information:* Any and all medical information and records, or true and correct copies thereof, in your possession, custody or control, including, but not limited to, medical histories, records, reports, summaries, diagnosis, prognoses, records of treatment and medication ordered and/or given, entries, letters or correspondence to other physicians, physician notes, orders, nurses notes, consults, labor and delivery records, fetal monitoring strips, newborn screening records, operative/procedure reports, anesthesia records, emergency records, office/clinic notes, electrocardiograms, echocardiograms, x-ray films and reports, ultrasounds, diagnostic imaging studies, laboratory data and records, pathological reports, slides and specimens, autopsy reports, photographs, insurance records, bills or statements of account, incident reports, birth certificates, death certificates, psychiatric and psychological reports and records, drug and alcohol abuse/treatment records, HIV and AIDS related records and all other written or graphic data prepared, kept, made or maintained in your possession, custody or control and summaries of injuries, treatment and prognosis, if requested, that pertain to, the Patient. THIS AUTHORIZATION ALSO AUTHORIZES VERBAL COMMUNICATION WITH THE REFERENCED PERSON(S) AND/OR ORGANIZATION(S).

**Persons Or Organizations Authorized To Disclose The Information**

*Health Care Provider:* VA Tennessee Valley Healthcare System - Nashville VA Medical Center

I authorize the Health Care Provider and its employees and agents to disclose the Information as provided in this Authorization. A photostatic copy of this Authorization is to be considered as effective as the original. I understand that I am not required to sign this Authorization. The Health Care Provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I sign this Authorization.

**Persons or Organizations Authorized to Receive the Information**

Bill Leader or his representative, LEADER LAW PLC, or to any representative, attorney, or investigator from said firm, 414 Union Street, Suite 1740, Nashville, Tennessee 37219.

**Purpose of the Requested Use or Disclosure**

Legal

**Expiration and Revocation of This Authorization**

Expiration Date or Event: 01- 3-2023

I understand that I may revoke this Authorization at any time prior to the expiration date or event, but that my revocation will not have any affect on actions taken by the Health Care Provider, its employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the Health Care Provider at the following address:

I understand that I may see and copy the Information if I ask for it. I understand that any Information released may be subject to re-disclosure by the recipient and may no longer be protected by federal or state privacy law or regulations.

Signature (Patient) Date

Patrice Keller 1/14/2021

Signature (Authorized Representative) Date

Wife

Signature (Witness)

Relationship to Patient

# EXHIBIT 2

UNITED STATES POSTAL SERVICE®

Certificate Of Mailing

From:

William D Leader Jr
Leader Law PLC
414 Union Street, Suite 1740
Nashville TN 37219-1734

To:

VA Tennessee Valley Healthcare System
Nashville VA Medical Center
Attn: Kevin Robinson (00-QSV)
Office of Quality, Safety and Value
1310 24th Avenue South
Nashville, TN 37212

PS Form 3817, April 2007 PSN 7530-02-000-9065

NASHVILLE TN JAN 15 2021 USPS - 37219

U.S. POSTAGE PAID FCM LG ENV NASHVILLE, TN 37219 JAN 15, 21 AMOUNT $1.50 R2304E106539-8

1000

UNITED STATES POSTAL SERVICE®

Certificate Of Maili

From:

William D Leader Jr
Leader Law PLC
414 Union Street, Suite 1740
Nashville TN 37219-1734

To:

United States Department of Veterans Affairs
Office of Regional Counsel
3322 West End Avenue, Suite 509
Nashville, TN 37203

PS Form 3817, April 2007 PSN 7530-02-000-9065

NASHVILLE TN ARCADE STA JAN 15 2021 USPS - 37219

U.S. POSTAGE PAID FCM LG ENV NASHVILLE, TN 37219 JAN 15, 21 AMOUNT $1.50 R2304E106539-8

1000

UNITED STATES POSTAL SERVICE

Certificate Of Mail[illegible]

From: William D Leader Jr
Leader Law PLC
414 Union Street, Suite 1740
Nashville TN 37219-1734

To: United States Department of Veterans Affairs
Office of General Counsel
810 Vermont Avenue, NW
Washington, D.C. 20420

PS Form 3817, April 2007 PSN 7530-02-000-9065

NASHVILLE TN ARCADE STA JAN 15 2021 USPS - 37219

U.S. POSTAGE PAID FCM LG ENV NASHVILLE, TN 37219 JAN 15, 21 AMOUNT $1.50 R2304E106539-8

1000

UNITED STATES POSTAL SERVICE

Certificate Of Mailing

From: William D Leader Jr
Leader Law PLC
414 Union Street, Suite 1740
Nashville TN 37219-1734

To: United States of America
United States Attorney for the Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

PS Form 3817, April 2007 PSN 7530-02-000-9065

NASHVILLE TN JAN 15 2021 USPS 37219

U.S. POSTAGE PAID FCM LG ENV NASHVILLE, TN 37219 JAN 15, 21 AMOUNT $1.40 R2304E106539-8

37203

1000

UNITED STATES POSTAL SERVICE

1000

U.S. POSTAGE PAID
FCM LG ENV
NASHVILLE, TN
37219
JAN 15, 21
AMOUNT
$1.50
R2304E106539-8